Clara Reece **FULLER**, Appellant,

v.

**ALLIANT ENERGY**, Appellee.

No. 06–4002.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 23, 2008.

Filed: July 10, 2008.

Clara Reece Fuller, Kansas City, KS, pro se.

Kelly R. Baier, Bradley & Riley, Cedar Rapids, IA, Karen Wedel Renwick, Kansas City, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Clara Reece Fuller, an African–American woman, appeals the district court's [1] grant of summary judgment in favor of her former employer, Alliant Energy, on her

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District

claims of race, sex, and disability discrimination. Because we conclude that Fuller's notice of appeal was untimely filed thirty-one days after the district court entered judgment, and the thirtieth day did not fall on a Saturday, Sunday, or legal holiday, we dismiss the appeal for lack of jurisdiction. *See* Fed. R.App. P. 4(a)(1)(A) (in civil cases, NOA must be filed within 30 days after entry of judgment or order), 26(a) (computation of time); *Dill v. Gen. Am. Life Ins. Co.*, 525 F.3d 612, 619–20 (8th Cir.2008) (timely NOA is mandatory and jurisdictional); *Dieser v. Cont'l Cas. Co.*, 440 F.3d 920, 923 (8th Cir.2006) (court will raise jurisdictional issues sua sponte).